IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| **TYNEISHA GOSTON** | ) | **FEDERAL COURT** |
| | ) | **CASE NO.:** |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| | ) | **STATE MAGISTRATE COURT** |
| v. | ) | **CASE NO.: 2018CV0410700320** |
| | ) | |
| **POWERS PROPERTIES, LLC** | ) | |
| | ) | |
| Respondent, | ) | |

## PETITION FOR REMOVAL AND FEDERAL STAY OF EVICTION PURSUANT TO 28 USC 1441 (B)

DEFENDANT, TYNEISHA GOSTON hereby files this Petition for Removal in the United States District Court for the District of South Carolina, Anderson Division of the above stated case number, **2018CV0410700320**, in the State Court of Anderson County, Powdersville-Piedmont Summary Court, South Carolina in accordance with the provisions of Title 28 U.S.C. 1441(b) Judiciary and Procedure. The proceedings occurring in violation of the Uniform Commercial Code of 15 U.S.C. 1692 with unlawful eviction proceedings. Pursuant to the provisions of Title 28 U.S.C. Section 1441(b) the State Court of Anderson County shall not proceed with any eviction against the petitioner until it is remanded or so ordered from the United States District Court.

RESPONDENT, Powers Properties, LLC is registered and headquartered in the State of South Carolina, and is attempting to collect a debt in violation of the Fair Debt

Collection Practices Act (FDCPA) of 1978. Accordingly, this action is removable pursuant to 28 U.S.C. 1441(b). The United States Court for the District of South Carolina, Greenville Division has jurisdiction over this action pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1367(a).

A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A".

WHEREFORE, DEFENDANT, TYNEISHA GOSTON requests that this action be removed to the United States District Court for the District of South Carolina.

Respectfully submitted,

TYNEISHA GOSTON
PRO SE

**Tyneisha Goston**
**111 Shadowmoss Drive**
**Piedmont, South Carolina 29673**