| STATE OF SOUTH CAROLINA | ) | **2018CV0410700320** |
|---|---|---|
| | ) | CIVIL CASE NUMBER |
| COUNTY OF ANDERSON | ) | MAGISTRATE'S COURT |
| | ) | RULE TO VACATE OR SHOW CAUSE |

Powers Propertires

**PLAINTIFF(S)**
Vs

Tyneisha Goston
111 Shadowmoss Dr W
Piedmont, SC 29673

**DEFENDANT(S)**

Upon the application of the Plaintiff(s) listed above, which states:

**TENANT HAS FAILED TO PAY RENT WHEN DUE OR DEMANDED.**

*[Stamp: 2018 MAY -8 PM 3:15 USDC CLERK, GREENVILLE, SC — RECEIVED]*

You the defendant(s) or lessee(s) of the premises located at the address listed above, **and all others,** are ordered to vacate the premises immediately pursuant to S.C. Code of Laws Section 27-37-10 or contact the:

    Powdersville-Piedmont Summary Court,
    4 Civic Court, Easley, S. C. 29642
    All Mail To: P O Box 51312, Piedmont, SC 29673-1312
    (864) 269-5947

within ten (10) days excluding date of service, for the purpose of showing why you and all occupants should not be ejected from these premises.

**FAILURE TO VACATE THE PREMISES OR TO RESPOND WITHIN TEN (10) DAYS MAY RESULT IN THE ISSUANCE OF A WRIT OF EJECTMENT.**

Thursday, April 19, 2018

_____
JUDGE, Powdersville-Piedmont Summary Court

---

Personally appeared before me, the undersigned deponent, being duly sworn, says that he attempted to serve the Rule to Vacate or Show Cause on Tyneisha Goston on:

| DATE | TIME | INITIALS | | | |
|---|---|---|---|---|---|
| | | | DATE OF SERVICE | | _____ |
| 1. _____ _____ _____ | | | TIME OF SERVICE | | _____ |
| 2. _____ _____ _____ | | | SETTLED/DATE | | _____ |
| 3. _____ _____ _____ | | | VACANT/DATE | | _____ |

Sworn to and subscribed before me

PERSON SERVED & RELATIONSHIP IF NOT DEFENDANT:

This _____ day of _____, 20____.

_____      _____
**NOTARY PUBLIC OR JUDGE**                **SIGNATURE OF SERVER**

On _____ I DEPOSITED IN THE UNITED STATES MAIL IN AN ENVELOPE ADDRESSED TO THE DEFENDANT(S) ABOVE WITH FIRST CLASS POSTAGE AFFIXED THERETO, A COPY OF THIS DOCUMENT.

_____
MAGISTRATE'S CLERK

*[handwritten: 843 664 5213]*

MV147