RECEIVED
USDC CLERK, GREENVILLE, SC
2018 MAY 29 PM 3:42

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| TYNEISHA GOSTON | ) FEDERAL COURT |
| | ) CASE NO: 8:18-CV-1265-TMC |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| POWERS PROPERTIES, LLC | ) |
| Respondent, | |

**OBJECTIONS AND RESPONSES
TO REPORT AND RECCOMMENDATION
PURSUANT TO 28 USC 636(b) (1)
(Three Day Mailing Rule Shall Apply)**

COMES NOW TYNEISHA GOSTON, Petitioner in the above style action with the following Objections and Responses to the Court's Report and Recommendation. The enumerated Objections and Responses are set forth as follows:

1.

The Court Report and Recommendation entered on the 11th day of May, 2018 is unconstitutional with respect to the "DUE PROCESS CLAUSE" 14th Amendment and 5th Amendment's Due Process.

2.

The Court Report and Recommendation entered on the 11th day of May, 2018 is unconstitutional with respect to "TRIAL BY JURY" 7th Amendment of the U.S. Constitution.

3.

The Court and recommendation entered on the 11th day of May, 2018 is in violation of the BILL OF RIGHTS with respect to a trial before TRIBUNAL COURT. WHEREFORE The Petitioner moves this Honorable Court to vacate the order entered on the 11th day of May, 2018 and grant all relief this Court deems just and proper.

Respectfully submitted,

*[signature]*
TYNEISHA GOSTON
PRO SE PETITIONER

Tyneisha Goston
111 Shadowmoss Drive
Piedmont, South Carolina  29673